# CREDITOR LIST

**LENDTERRA INC.**
**1940 E. THUNDERBIRD LANE - #105**
**PHOENIX, AZ 85022**